In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-06-071 CR


____________________



ELWOOD JEAN FOSTER, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 90424






 MEMORANDUM OPINION 


 Appellant Elwood Jean Foster pled no contest to aggravated assault on a public
servant. The trial court deferred finding Foster guilty and placed him on probation for seven
years. Subsequently, the State filed a motion to revoke probation, which alleged that Foster
violated four conditions of his probation. Foster pled "true" to three of the four counts. The
trial court revoked Foster's probation, adjudicated him guilty, and sentenced him to twenty
years of confinement. 

 Foster's appellate counsel filed a brief that presents counsel's professional evaluation
of the record and concludes the appeal is frivolous. See Anders v. California, 386 U.S. 738,
87 S.Ct. 1396, 18 L.Ed.2d 493 (1967); High v. State, 573 S.W.2d 807 (Tex. Crim. App.
1978). On August 10, 2006, we granted an extension of time for Foster to file a pro se brief. 
We received no response from Foster.

 We reviewed the appellate record, and we agree with counsel's conclusion that no
arguable issues support an appeal. Therefore, we find it unnecessary to order appointment
of new counsel to re-brief the appeal. Compare Stafford v. State, 813 S.W.2d 503, 511 (Tex.
Crim. App. 1991). We affirm the trial court's judgment. (1)

 AFFIRMED. 

 


 

 STEVE McKEITHEN

 Chief Justice


Submitted on November 28, 2006

Opinion Delivered December 6, 2006

Do Not Publish


Before McKeithen, C.J., Gaultney and Kreger, JJ. 

1. Appellant may challenge our decision in this case by filing a petition for discretionary
review. See Tex. R. App. P. 68.